UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>HECTOR ARAMBURO,<br><br>      Defendant. | CASE NO. 16-cr-01796-AJB<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii),(v)(II),(a)(1)(B)(i) - Transportation of Certain Aliens for Financial Gain and Aiding and Abetting(1)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: ~~8/24/16~~
8/25/16

~~Ruben B. Brooks~~ **WILLIAM V. GALLO**
U.S. Magistrate Judge

FILED
AUG 25 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    DEPUTY